## IN THE DISTRICT COURT OF MULTNOMAH COUNTY
## STATE OF OREGON

|  |  |
|---|---|
| PARKER MICHAEL KNIGHT<br>Petitioner/Plaintiff,<br><br>Vs.<br>C/O Federal Bureau of Investigation,<br>Gregory A. Fowler, Special Agent<br>Respondent/Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. ___1307-09513___ |

### FORMAL COMPLAINT
### JURY TRIAL REQUESTED

COMES NOW the Plaintiffs, PARKER MICHAEL KNIGHT, and files this HIS Complaint against Federal Bureau of Investigation, as known as FBI hereafter, and in support thereof would show the following, to-wit:

I.

That the Plaintiffs, PARKER MICHAEL KNIGHT, IS adult resident citizens of MULTNOMAH County, OREGON, and that said PERSON is/was STUDENT OF PORTLAND STATE UNIVERSITY and is doing ATTENDING in MULTNOMAH County, AS STUDENT.

II.

That the Defendant, FBI is a federal agency. Posted a job announcement on USAJOBS.GOV. Office of Personnel Management manages USAJOBS.GOV. FBI was received Petitioner's information from USAJOBS.GOV and contacted Petitioner for phone interview. The Petitioner was asked several questions during half an hour interview on the phone. Petitioner was asked illegal questions regarding his disabilities. Petitioner was treated by FBI's agent being disabled on phone interview by interview-er. The petitioner did not get the job applied for. Petitioner is filing complaint regards after learning how to file for complaint against federal agency or federal government agency at FBI. FBI itself does not have EEOC hotline or within agency that handles EEOC or their hiring practice monitored that's readily available for use by Petitioner. Nor does Food and Drug Administration for that matter. Petitioner feel American Disability Act amended 1991 and Equal Employment Opportunity Commission (EEOC) violation has occurred

- 1 -

Exhibit 1
Notice of Removal
Page 1 of 6

based on Petitioner's disability, race, and age.

## COUNT I

### III.

That the Defendant and or his agents willfully, maliciously and intentionally inflicted emotional distress upon the Plaintiffs without just cause with the intent of harming the Plaintiffs and as a direct and proximate cause of Defendant's and or his agents actions, the Plaintiffs were in fact irreparably harmed by the Defendant and or his agents.

## COUNT II

### IV.

That the Defendant and or his agents have intentional, maliciously, and without just cause, slandered the Plaintiff's names, business and reputations in the community by making knowingly false, malicious and intentional statements about the Plaintiffs, Plaintiff's family, and the Plaintiff's business, and as a direct and proximate cause thereof the Defendant and or his agents have irreparably harmed  the Plaintiffs  and their EMPLOYMENT, with FBI.

## COUNT III

### V.

That the Defendant and or his agents have intentionally, maliciously and without just cause, engaged in deceitful business practices and malicious and intentional fraud that were calculated to harm the Plaintiffs and their business and as a direct and proximate cause thereof the Plaintiffs and their business have been irreparably harmed.

### VI.

That as a result of Defendant's actions Plaintiffs to SEEK FOR an LAWSUIT and have incurred cost Defendant is liable.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands a judgment of and from the Defendant in the sum of FIVE HUNDRED THOUSAND Dollars  ($500,000) in actual damages and FIVE HUNDRED THOUSAND Dollars ($500,000) as punitive damages along with a reasonable LAWSUIT RELATED fee and all cost.

WHEREFORE PREMISES FURTHER CONSIDERED, Plaintiffs further pray that this Court will issue a temporary injunction against the Defendant preventing said Defendant and or his agents from continuing to harm Plaintiffs and his future employment through USAJOBS.GOV in the manner set out above in that Plaintiffs have no other remedy in law or equity and will be irreparably harmed should said injunction not be issued.

**Exhibit 1**
**Notice of Removal**
**Page 2 of 6**

Plaintiffs pray for such other relief as in law or equity they may be entitled.

This the MONDAY 1ST OF JULY, 2013.

> PARKER MICHAEL KNIGHT
>
> 45 SE 196TH AVE PORTLAND, OR 97233
>
> 971-400-4609
>
> ART.PETS@GMAIL.COM
>
> PLAINTIFF

- 3 -

**Exhibit 1**
**Notice of Removal**
**Page 3 of 6**



**Exhibit 1**
**Notice of Removal**
**Page 4 of 6**

IN THE COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
FOR THE FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| PARKER MICHAEL KNIGHT ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> C/O Federal Bureau of Investigation, ) <br> Gregory A. Fowler, Special Agent ) <br> ) <br> Defendant ) | Case No. ___1307-09513___ <br><br> SUMMONS |

TO:

Gregory A. Fowler
Special Agent in Charge
Federal Bureau of Investigation
9109 NE Cascades Parkway
Portland, OR 97220
(503) 224-4181
Fax (503) 460-8088
Email Portland@ic.fbi.gov

IN THE NAME OF STATE OF OREGON: You are hereby required to appear and defend

the complaint filed against you in the above-entitled cause within 30 days from the date of service

of this summons on you. If you fail to appear and defend, the plaintiff will apply to the court for

the relief demanded in the complaint.

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY

- 4 -

Exhibit 1 <br> Notice of Removal <br> Page 5 of 6

You must "appear" in this case or the other side will win automatically. To appear you must file with the court a legal paper called a motion or answer. The motion or answer must be given too the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's lawyer or, if the plaintiff does not have a lawyer, proof of service on the plaintiff.

If you have any questions, you should see a lawyer immediately. If you need help in finding a lawyer, you may call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636.

This the MONDAY 1ST OF JULY, 2013.

PARKER MICHAEL KNIGHT

45 SE 196TH AVE PORTLAND, OR 97233

971-400-4609

ART.PETS@GMAIL.COM

PLAINTIFF

- 5 -

**Exhibit 1**
**Notice of Removal**
**Page 6 of 6**